AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Whitesell Funeral Home Inc., *Plaintiff* <br> v. <br> Bryant-Grant Funeral Home, Wayne Bryson, Diane Moss, Denise Williams, and Trisha Bigham, *Defendants* | Civil Action No.   0:15-04237-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the Plaintiff, Whitesell Funeral Home Inc., is dismissed as a party to the lawsuit. It is further ordered that the funds deposited in the registry of the court shall be disbursed in equal parts as to defendants, Trisha A. Bigham in the sum of Two-Thousand and 00/100 ($2,000.00) Dollars, Denise Bryson Williams in the sum of Two-Thousand and 00/100 ($2,000.00) Dollars and Wayne Bryson in the sum of Two-Thousand and 00/100 ($2,000.00) Dollars and this action is dismissed.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge presiding.  The court having accepted the Report and Recommendation of Magistrate Judge Shiva V. Hodges recommending dismissal of plaintiff Whitesell Funeral Home, Inc., and disbursement of funds as to defendants Bryson, Williams and Bigham.


Date:   December 28, 2016                                             *CLERK OF COURT*

                                                                                             s/Angie Snipes
                                                                            _____
                                                                            *Signature of Clerk or Deputy Clerk*